IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AGINCOURT GAMING, LLC,<br>*Plaintiff,*<br><br>v.<br><br>ZYNGA, INC.,<br>*Defendant.* | § § § § § § § § § § § § § | Civil Action No. 11-CV-720-UNA<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Agincourt Gaming, LLC states that it is a Delaware limited liability company with no parent corporation or any publicly held corporation owning 10% or more of its stock.

Dated: August 23, 2011

                                          FARNAN LLP

By:   /s/ Brian E. Farnan
         Joseph J. Farnan, Jr. (Bar No. 100245)
         Brian E. Farnan (Bar No. 4089)
         919 North Market Street, 12th Floor
         Wilmington, DE 19801
         302.777.0300
         302.777.0301 (fax)
         bfarnan@farnanlaw.com

OF COUNSEL:

William Christopher Carmody (NY State Bar No. 4539276)
Tibor L. Nagy (NY State Bar No. 4508271)
SUSMAN GODFREY LLP
560 Lexington Avenue, 15th Floor
New York, New York 10022
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
bcarmody@susmangodfrey.com
tnagy@susmangodfrey.com

Amanda Bonn (CA State Bar No. 270891)
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
abonn@susmangodfrey.com

*Attorneys for Plaintiff Agincourt Gaming, LLC*