IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AGINCOURT GAMING, LLC, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:11-cv-00720-(GMS) |
| ZYNGA, INC., | § | FILED UNDER SEAL |
| Defendant. | § | |

### DECLARATION OF ERIC TAUTFEST IN SUPPORT OF AGINCOURT GAMING, LLC'S ANSWERING BRIEF TO ZYNGA INC'S MOTION TO TRANSFER

I, Eric Tautfest, declare as follows:

1. I am the managing manager of Agincourt Gaming, LLC. I make this declaration based upon personal knowledge of the facts set forth herein.

2. Attached as Exhibit A is a true and correct copy of ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

█ declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 1, 2012, in Dallas, Texas.

Eric Tautfest
Member, Agincourt Gaming, LLC
313 S. Jupiter Rd., STE 105
Allen, TX 75002