IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AGINCOURT GAMING LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 11-720-RGA |
| ZYNGA INC., | : | |
| Defendant. | : | |

**ORDER**

Upon consideration of the parties' letters (D.I. 122, 123, 124) and the discussion at the discovery conference on May 12, 2014, **IT IS HEREBY ORDERED** that:

1. The Plaintiff shall, no later than May 20, 2014, **ELECT** no more than eight claims from each of the asserted patents. Upon a showing of diligence, and with due consideration for prejudice, the Plaintiff may request to alter the election of claims.

2. The Court's ruling on the meaning of the contract by which the Plaintiff acquired the patents is **WITHDRAWN**. The Defendant should submit a proposed order that specifies what the Plaintiff should be ordered to produce. The Defendant should consider the proposed order as an "all-or-nothing" request. If the Court decides it is overbroad, the Court may well deny it in its entirety just for that reason. The Defendant should also submit a separate letter that explains, in as much detail as is necessary, why it wants the information and how it is related to any of the disputed issues in the case. Defendant's proposed order and letter are due May 16, 2014. Plaintiff may respond with a letter that does not exceed the length of Defendant's letter, which shall be due May 20, 2014. Defendant may reply to Plaintiff's letter by May 22, 2014, and such

letter shall not exceed half the length of Plaintiff's letter.

May 14, 2014
Date

*/s/ Richard G. Andrews*
United States District Judge